ORIGINAL

FILED
AUG 2 8 2007
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

JOHN C. FRAZIER III and LINDA FRAZIER,
d/b/a MARKLEY COVE RESORT;
LAGUNA HERMOSA CORPORATION,
d/b/a RANCHO MONTICELLO RESORT;
REL LIMITED, d/b/a SPANISH FLAT
RESORT; AND STEELE PARK RESORT, INC.

Plaintiffs,

v.

UNITED STATES,

Defendant.

Case No. 07-636 C

Judge ________________

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims, Plaintiffs state that no publicly held corporation owns any stock in any of their companies.

Respectfully submitted,

Gregory T. Jaeger
MARZULLA & MARZULLA
1350 Connecticut Ave, NW, Suite 410
Washington, D.C. 20036
Telephone: (202) 822-6760
Facsimile: (202) 822-6774

Dated: August 27, 2007

Attorney for Plaintiffs