# In the United States Court of Federal Claims

No. 07-636 C
(August 28, 2007)

* * * * * * * * * * * * * * * * * * * * *
JOHN C. FRAZIER, III, et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 29, 2007, the court held a telephone status conference with the parties in the subject matter. All parties agreed that oral argument on plaintiff's Motion for Restraining Order and a Preliminary Injunction, filed 8/28/2007, shall be held on August 30, 2007 at 2:00 p.m.

Accordingly, it is hereby **ORDERED** that:

(1) **Oral Argument** shall be **HELD** on Thursday, **August 30, 2007** at **2:00 p.m.**, eastern time, at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby;

(2) Unless counsel agree otherwise, as the party responding to plaintiffs' moving brief, counsel for defendant shall present the opening argument; and

(3) No time limit shall be applicable for each presentation, but counsel will be afforded equal time with a goal that the proceeding be concluded by 4:00 p.m., eastern time.

s/ Lynn J. Bush
LYNN J. BUSH
Judge