IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN C. FRAZIER, III, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | Case No. 07-636C (Judge Lynn J. Bush) |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Mr. JOHN H. ROBERSON, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
John.Roberson@usdoj.gov

Attention: Classification Unit
8th Floor

s/JOHN H. ROBERSON
JOHN H. ROBERSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-7972
Facsimile: (202) 514-8640

Dated: August 29, 2007

CERTIFICATE OF FILING

I hereby certify that on August 29, 2007 a copy of foregoing “NOTICE OF APPEARANCE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John H. Roberson