# In the United States Court of Federal Claims

No. 07-636 C

(August 30, 2007)

* * * * * * * * * * * * * * * * * * * * * *
JOHN C. FRAZIER, III, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On August 28, 2007, plaintiffs filed a bid protest in this court, along with plaintiffs' requests for a temporary restraining order (TRO) and preliminary injunctive relief, regarding a solicitation issued by the United States Department of the Interior's Bureau of Reclamation (Bureau). The solicitation is for concession contracts at Lake Berryessa, California, and bid proposals were required by September 5, 2007. During a telephonic status conference held on the morning of August 29, 2007, the court and the parties conferred as to whether this bid proposal deadline could be postponed, in order to consider plaintiffs' requests for injunctive relief. Having no assurance that a postponement of the bid deadline would be accorded by the Bureau, the court scheduled oral argument on plaintiffs' application for a TRO for August 30, 2007 at 2:00 PM.

Later on August 29, 2007, counsel for defendant informed the court that the Bureau had agreed to postpone its bid deadline for the concession contracts, until October 31, 2007. Because the government's action obviates the need for a temporary restraining order, and for the scheduled oral argument on plaintiffs' application for injunctive relief, the court cancelled the oral argument scheduled for today. The court held another telephonic status conference with counsel for plaintiff and defendant in the afternoon of August 29, 2007. Participating with the undersigned in the teleconference were:

Gregory Jaeger, attorney for plaintiffs;
John Roberson, attorney for defendant;
John Bean, law clerk.

The second telephonic status conference discussed the government's decision to postpone its bid submission deadline and further proceedings in the subject matter. As a result of the government's postponement, plaintiffs' application for a TRO is denied as moot and plaintiffs' motion for a preliminary injunction, filed August 28, 2007, remains before the court. All agreed that consolidation and expedited briefing would best resolve both plaintiffs' request for injunctive relief and the merits of this protest, by the end of October 2007. Plaintiffs have requested, and the court agrees, that their motion for injunctive relief filed August 28, 2007 be deemed to also incorporate plaintiffs' motion for judgment on the administrative record. This order memorializes the agreed-upon litigation schedule.

Accordingly, it is hereby **ORDERED** that:

(1) Plaintiffs' application for a TRO, filed August 28, 2007, is **DENIED** as moot and the Oral Argument scheduled for August 30, 2007 is **CANCELLED**;

(2) Plaintiffs' Motion for a Preliminary Injunction, filed August 28, 2007, shall be **DEEMED** to incorporate **Plaintiffs' Motion for Judgment on the Administrative Record**;

(3) Defendant shall **FILE** its **CD-ROM(s) of the Administrative Record**, by **5:00 p.m.**, eastern time on **September 7, 2007**; defendant shall separately **FILE** an **Index to the Administrative Record** by **5:00 p.m.**, eastern time on **September 7, 2007**, to facilitate retrieval of documents by CD-ROM number, tab, page, and document description; defendant shall **DELIVER**, as soon as possible, portions of the Administrative Record to plaintiffs as they become available prior to September 7, 2007;

(4) Defendant shall **FILE** its **Cross-Motion for Judgment on the Administrative Record, and its Response to Plaintiffs' Motions for a Preliminary Injunction and for Judgment on the Administrative**

**Record**, by **5:00 p.m.**, eastern time on **September 14, 2007**;[1]

(5) Plaintiffs shall **FILE** their **Response to Defendant's Cross-Motion for Judgment on the Administrative Record, and their Reply to Defendant's Response to Plaintiffs' Motions for a Preliminary Injunction and for Judgment on the Administrative Record**, by **5:00 p.m.**, eastern time on **September 26, 2007**;

(6) Defendant shall **FILE** its **Reply to Plaintiffs' Response to Defendant's Cross-Motion for Judgment on the Administrative Record** by **5:00 p.m.**, eastern time on **October 11, 2007**;

() **Oral Argument** shall be **HELD** on Friday, **October 12, 2007** at **2:00 p.m.**, eastern time, at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby;

(8) All filings, other than the Administrative Record, shall be made electronically. Whenever briefing, including exhibits and attachments, causes an electronic filing to exceed thirty (30) pages, the party shall **DELIVER** a paper courtesy copy of that filing to chambers by **5:00 p.m.**, eastern time on the same day;

(9) Citations to the Administrative Record in the parties' briefs shall be accompanied by the relevant record pages attached in sequence, according to their pagination, as exhibits to the briefs; and

(10) In the event that the agency should decide to receive bids prior to the agreed upon October 31, 2007 date, defendant shall **NOTIFY** the court **FIVE business days** in advance of any new date set.

s/ Lynn J. Bush
LYNN J. BUSH
Judge

---

[1]/ Defendant's briefing, either its moving brief or reply brief, shall specifically address the issue of any bond amount required by the government, pursuant to RCFC 65(c), should the court grant plaintiffs' motion for injunctive relief.