**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
BID PROTEST

| | |
|---|---|
| JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT; LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; REL LIMITED, d/b/a SPANISH FLAT RESORT; and STEELE PARK RESORT, INC., | No. 07-636C |
| | (Judge Lynn J. Bush) |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S INDEX TO ADMINISTRATIVE RECORD**

Pursuant to the Court's Order dated August 30, 2007, defendant, the United States, respectfully submits an index to the Administrative record filed on September 7, 2007. The index is annexed as three exhibits.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KIRK T. MANHARDT
Assistant Director

JOHN H. ROBERSON
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel. 202-353-7972
Fax. 202-514-8640
Attorneys for Defendant

OF COUNSEL:

JAMES E. TURNER
Assistant Regional Solicitor
Office of the Solicitor
Pacific Southwest Region
United States Department of the Interior
2800 Cottage Way
Room E-1712
Sacramento, California 95825-1890
Tel. 916-978-5685
Fax. 916-978-5694

September 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2007, a copy of the foregoing "Defendant's Index to the Administrative Record " was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson