IN THE UNITED STATES COURT OF FEDERAL CLAIMS
**BID PROTEST**

| | |
|---|---|
| JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT; LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; REL LIMITED, d/b/a SPANISH FLAT RESORT; and STEELE PARK RESORT, INC., | No. 07-636C |
| Plaintiffs, | (Judge Lynn J. Bush) |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## INDEX TO THE ADMINISTRATIVE RECORD

Pictures of Lake Berryessa Marina Resort and the Rate Comparability Analysis, undated . . . 1

Pictures of Markley Cove Resort and the Rate Comparability Analysis, undated . . . 57

Pictures of Pleasure Cove Resort and the Rate Comparability Analysis, undated . . . 86

Pictures of Putah Creek Resort and the Rate Comparability Analysis, undated . . . 125

Pictures of Ranch Monticello Resort and the Rate Comparability Analysis, undated . . . 178

Pictures of Spanish Flat Resort and the Rate Comparability Analysis, undated . . . 232

Pictures of Steel Park Resort and the Rate Comparability Analysis, undated . . . . . 289

Part 7.0 - 7.14 Appendices to Prospectus, undated . . . . . 344

Monticello Reservoir - Public Use Plan, dated October 1959 . . . . . 370

Public Recreational Facilities Not Adequately Developed at Lake Berryessa, California - A Bureau of Reclamation Project, undated . . . . . 537

Environmental Impact Statement, dated May 1992 . . . . . 551

Record of Decision - Environmental Impact Statement, dated February 1993 . . . . . 723

Memorandum - Final Audit Report for Your Information - Recreation Management Activities at Selected Sites, Bureau of Reclamation (No 95-I-870) . . . . . 740

Picture Diagram regarding Appropriate and Inappropriate Building Materials . . . . . 742

Review of Final Environmental Impact Statement for the USBR'S Lake Berryessa Recreation Operations, Napa County, dated November 16, 2005 . . . . . 743

Pictures of Resort Boundaries - Berryessa Marina, Markley Cove, Pleasure Cove, Putah Creek, Rancho Monticello, Spanish Flat, Steel Park, undated . . . . . 751

Reclamation Development Act of 1974, dated October 27, 1974 . . . . . 765

Draft Concession Contract Part 6 Exhibits A - K, undated . . . . . 1064

Reclamation Manual - Directives and Standards, dated April 29, 2002 . . . . . 1230

Draft Concession Contract Part 6 Exhibits M - O, undated . . . . . 1243

Concession Prospectus Part 1 - 7, dated June 7, 2007 . . . . . 1257

Prospectus Question and Answers, dated July 9, 2007 . . . . . 1369

Reclamation Manual - Directives and Standards, dated April 29, 2002 . . . . . 1395

A Listing of Various Documents . . . . . 1397