IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT; LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; REL LIMITED, d/b/a SPANISH FLAT RESORT; and STEELE PARK RESORT, INC.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 07-636C

(Judge Lynn J. Bush)

## INDEX TO THE ADMINISTRATIVE RECORD

A Listing of Various Documents . . . . . . . . . . 41103

Phone Discussion with Lovejoy & Lucero, dated March 13, 2006 . . . . . . . . . . 41121

Email regarding Prospectus from Vernon Lovejoy, dated August 24, 2006 . . . . . . . . . . 41125

Email regarding Comments on Berryessa Appraisal Assignment from Vernon Lovejoy, dated August 24, 2006 . . . . . . . . . . 41126

Email regarding Prospectus Structure from Bruce Wadlington, dated August 25, 2006 . . . . . . . . . . 41130

Email regarding Challenging Prospectus Wording from Bruce Wadlington, dated August 28, 2006 . . . . . . . . . . 41140

Email regarding Financial & Other from Pete Lucero, dated September 12, 2006 . . . . . . . . 41143

Email regarding Concession Management at Lake Berryessa from Pete Lucero & Rick Strahan, dated September 14, 2006 . . . . . . . . . . 41150

Email regarding Mitigation FAQ from Bruce Wadlington, dated September 28, 2006 . . . . . . . . . . 41152

Email regarding funding to Napa County from Pete Lucero, dated October 2, 2006 . . . . . . . . . . 41155

Email regarding Lake Berryessa from Pete Lucero & Guy Childs, dated October 4, 2006 . . . . . . . . . . 41157

Email regarding Assistance Needed on two sections from Bruce Wadlington, dated October 12, 2006 . . . . . . . . . . 41163

Email regarding Appendix on Utilities & Infrastructure from Bruce Wadlington, dated October 16, 2006 . . . . . . . . . . 41166

Email regarding PART 7.9 RATES from Pete Lucero, dated October 16, 2006 . . . . . . . . . 41167

Email regarding Appendix 7.1 from Bruce Wadlington, dated October 18, 2006 . . . . . . . . 41168

Email regarding Exhibit B to Contract (Area of operation) from Bruce Wadlington, dated October 19, 2006 . . . . . . . . . . 41169

Email regarding LB-PART 6 ExB-Area of Operation from Pete Lucero, dated October 19, 2006 . . . . . . . . . . 41174

Letter regarding Inventory of Personal Property to Steel Park Resort, West Coast Mobile Home, Lake Berryessa, Laguna Hermosa Corporation, Pleasure Cover Marina, Markley Cove Resort, Lake Berryessa Tratel, Inc. Steel Park Resort dated October 31, 2006 . . . . . . . . . . 41180

Email regarding Exhibit 6B from Pete Lucero, dated November 6, 2006 . . . . . . . . . . 41196

Email regarding Section E Exhibit 6B from Pete Lucero, dated November 9, 2006 . . . . . . 41198

Email regarding Concessionaire Launch Ramps from Bruce Wadlington, dated November 10, 2006 . . . . . . . . . . 41199

Email regarding Meetings with Prospective Bidders to Prospectus, from Bruce Wadlington, dated November 11, 2006 . . . . . . . . . . 41200

Email regarding Environmental Wording from Bruce Wadlington, dated November 11, 2006 . . . . . . . . . . 41201

Email regarding Meetings with Prospective Bidders to Prospectus, from Bruce Wadlington, dated November 14, 2006 . . . . . 41202

Email regarding Thematic Retailing from Bruce Wadlington, dated November 18, 2006 . . . . . 41204

Email regarding Personal Property from Pete Lucero, dated November 12, 2006 . . . . . 41209

Email regarding Thematic Merchandising from Bruce Wadlington, dated November 22, 2006 . . . . . 41210

Email regarding Reserve Accounts from Bruce Wadlington, dated November 27, 2006 . . . . . 41214

Email regarding DRAFT Maint Reserve Sch from Barclay Trimble, dated November 29, 2006 . . . . . 41218

Email regarding NAPA from Bruce Wadlington, dated December 12, 2006 . . . . . 41223

Email regarding Prospectus Change for Extra Pts. From Bruce Wadlington, dated December 21, 2006 . . . . . 41224

Email regarding Meeting from Pete Lucero, dated January 3, 2007 . . . . . 41238

Email regarding Mike has reviewed from Pete Lucero, dated January 3, 2007 . . . . . 41239

Email regarding Reimbursement Language from Pete Lucero, dated January 3, 2007 . . . . . 41240

Email regarding Napa Contract Language BW&PL from Pete Lucero, dated January 5, 3007 . . . . . 41242

Email regarding Prospectus Review and Evaluation Project from Pete Lucero and Michael Petrinovic, dated January 12, 2007 . . . . . 41245

Email regarding Follow-up from Pete Lucero, dated January 16, 2007 . . . . . 41249

Email regarding Issue Paper VSP Mitigation Measures from Michael Petrinovich, dated January 25, 2007 . . . . . 41251

Email regarding IMPORTANT - Let’s Talk from Pete Lucero and Michael Petrinovich, dated February 6, 2007 . . . . . 41252

Email regarding Contract Extension from Pete Lucero, dated
February 14, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41261

Email regarding Draft County Lake Berryessa Services Surchange
Contract Language 3-06-07 - Clean from Pete Lucero, dated March 9, 2007 . . . . . . . . . . . 41263

Email regarding Contract Extension from Pete Lucero, dated
February 14, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41265

Memo - Berryessa Project Meeting, dated March 1, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . 41267

Intentionally Left Blank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41269

Intentionally Left Blank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41274

Intentionally Left Blank . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41275

Email regarding Need to talk from Pete Lucero, dated March 23, 2007 . . . . . . . . . . . . . . . . . 41278

Email regarding Never Mind from Pete Lucero, dated March 23 2007 . . . . . . . . . . . . . . . . . 41279

Email regarding Napa County Assessment from Vernon Lovejoy, dated
April 5, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41289

Letter - Upcoming Concession Business Opportunity to Clay James, Brian J. Weikert, Gary C Fraker, Steve Tedder, George Ohanesian, Kenneth D. Smith, Kenneth D. Smith, Connie Gripentog, Terry Hudgins, George Annereau, Peter White, Bruce Fears, John Koeberer, Michelle Silva Lane, Michael Han, James R. Sproatt, Richard Delaney, Sean Buckley, Irving Kensy, Jr., Irving Kensy, Jr., Betty Rentfro, Dick Harbor, David Webb, John and Linda Frazier, Forever Resorts, Nick Petsas, Robert White, dated April 13, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41291

Email regarding LB - PART 5 Excel B4b pro Forma.xls . . . . . . . . . . . . . . . . . . . . . . . . 41340A

Email regarding Prospectus from Vernon Lovejoy, dated April 22, 2007 . . . . . . . . . . . . . . 41342

Email regarding Prospectus Disclosure Statement from Pete Lucero and
Vernon Lovejoy, dated May 2, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41343

Email regarding Additions to PART 3 and PART 6 (Draft Contract) from Pete
Lucero, dated May 2, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41346

Email regarding Response to Memo from Pete Lucero, dated May 2, 2007 . . . . . . . . . . . . . 41347
Email regarding Additions to PART 3 and PART 6 (Draft Contract) from

Pete Lucero and Vernon Lovejoy, dated May 3, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41350

Email regarding Suggested Wording for PART 3 Sec. J.22, dated May 16, 2007 . . . . . . . . 41352

Letter - Latest Version of Certain Section of the Lake Berryessa Prospectus, dated May 22, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41353

Email regarding Prospectus Fedbizopps Announcement from Pete Lucero, dated May 23, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41354

Memorandum - Approval of the Concession Prospectus for Lake Berryessa, California, dated May 31, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41357

Reclamation Mid-Pacific Region Releases the Concession Prospectus for Lake Berryessa, Napa, California, dated June 7, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41358

Email regarding Berryessa Facilities from Bruce Wadlington, dated June 14, 2006 . . . . . . 41359

Email regarding Tuesday Site Visit from Pete Lucero, dated June 20, 2007 . . . . . . . . . . . . 41360

Email regarding Attendance and Contact Info from Pete Lucero, dated June 21, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41363

Questions and Answer about Lake Berryessa, undated . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41375

Letter - LB Concession Prospectus PART 4-Business Opportunity, dated June 18, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41376

Questions and Answers from Lake Berryessa West Side Concession Areas Meeting and Tours, dated June 19-20, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41377

Email regarding Q7A's from Pete Lucero, dated June 27, 2007 . . . . . . . . . . . . . . . . . . . . . . 41384

Questions & Answers - Lake Berryessa Concession Prospectus, undated . . . . . . . . . . . . . . 41385

Email regarding Questions for Berryessa Prospectus from Marshall Pike, dated July 5, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41392

Email regarding New Version from Vernon Lovejoy, dated July 7, 2007 . . . . . . . . . . . . . . 41395

Email regarding Q&A's response from Vernon Lovejoy, dated July 11, 2007 . . . . . . . . . . 41396

Email regarding Questions from Vernon Lovejoy, dated July 11, 2007 . . . . . . . . . . . . . . . . 41397

Email regarding Releases and Appraisals from Charles Johnson, dated July 12, 2007 . . . . . 41398

Lake Berryessa Prospectus Meeting Questions and Answers, dated July 9, 2007 . . . . . 41400

Email regarding Prospectus from Pete Lucero, dated July 17, 2007 . . . . . 41412

Email regarding Greetings from Pete Lucero, dated July 17, 2007 . . . . . 41413

Email regarding Terry Sides request an additional 30 days from Pete Lucero, dated July 17, 2007 . . . . . 41416

Letter - Extension to Pete Lucero, dated July 19, 2007 . . . . . 41417

Email regarding Lake Berryessa Prospectus from Peter White dated July 20, 2007 . . . . . 41418

Email regarding Prospectus from Bruce McLellan and Carol Kunze, dated July 24, 2007 . 41420

Letter - Lake Berryessa Concession Prospectus - June 23, 2007 to Pete Lucero, dated July 23, 2007 . . . . . 41422

Email regarding Questions from Pete Lucero, dated July 23, 2007 . . . . . 41423

Letter - Extension of September 5, 2007 deadline to Pete Lucero, dated July 24, 2007 . . . . . 41424

Email regarding Prospectus - Berryessa from David Finch, dated July 24, 2007 . . . . . 41425

Email regarding 2006 Pleasure Cover Marina AFR from Vernon Lovejoy, dated July 25, 2007 . . . . . 41428

Email regarding Information from Marshall Pike, dated July 26, 2007 . . . . . 41429

Email regarding Question to Proposal from Barclay Trimble, dated August 8, 2007 . . . . . 41431

Email regarding Request from Pete Lucero, dated August 10, 2007 . . . . . 41434

Email regarding Principal Factor 3 - Business Structure B3 (a), dated August 10, 2007 . . . . . 41435

Memorandum - Peer Team Review of Economic Analysis provided by Kelley & Wasem Representing Task Force 7 to Michael R. Finnegan, dated December 15, 2004 . . . . . 41436

Correction - Extension of Deadline for the Submission of Proposals under the Prospectus for Lake Berryessa . . . . . 41445

Selection of Principal Factors and Associated Criterions and the Determination of their Rating Values During the Development of the Lake Berryessa Concession Prospectus . . . . . 41446

Peer Team Review of Economic Analysis Provided by Kelley & Wasem Representing Task Force 7, dated December 15, 2004 . . . . . 41455

Outstanding Issues at Lake Berryessa, dated April 19, 2007 . . . . . 41464

Intentionally Left Blank . . . . . 41466

Intentionally Left Blank . . . . . 41475

Intentionally Left Blank . . . . . 41476

Intentionally Left Blank . . . . . 41484

Intentionally Left Blank . . . . . 41488

Intentionally Left Blank . . . . . 41492

Intentionally Left Blank . . . . . 41500

Intentionally Left Blank . . . . . 41506

Intentionally Left Blank . . . . . 41510

Intentionally Left Blank . . . . . 41513

Intentionally Left Blank . . . . . 41517

Intentionally Left Blank . . . . . 41521

Intentionally Left Blank . . . . . 41523

Intentionally Left Blank . . . . . 41530

Intentionally Left Blank . . . . . 41540

Intentionally Left Blank . . . . . 41541

Intentionally Left Blank . . . . . . . . . . 41545

Intentionally Left Blank . . . . . . . . . . 41549

Intentionally Left Blank . . . . . . . . . . 41576

Intentionally Left Blank . . . . . . . . . . 41587

Fax from Steel Park Resort to Pete Lucero - Profit and Loss, dated June 12, 2007 . . . . . . . . . . 41596

Procedures for addressing questions regarding values of Permanent facilities at Lake Berryessa, dated June 6, 2007 . . . . . . . . . . 41606

Steele Park Resort Site Inventory, dated March 6, 2007 . . . . . . . . . . 41607

Letter regarding Markley Cove Resort Fair Value Estimate, dated June 8, 2007 . . . . . . . . . . 41610

Letter regarding Markley Cove Mainwalk Extension (Supply Only), dated October 18, 2006 . . . . . . . . . . 41612

Letter regarding Markley Cove Store and Storage Barge, dated November 17, 2003 . . . . . 41614

Letter regarding Marina Facilities, dated August 21, 2003 . . . . . . . . . . 41616

Markley Cover Receipt. Dated January 17, 2005 . . . . . . . . . . 41618

Diagram of SCOPE at Area 1, October 14 . . . . . . . . . . 41619

Several Invoices billed to Pleasure Cove Marina, various dates . . . . . . . . . . 41624

Memorandum regarding Appraisal Services Directorate, dated June 4, 2007 . . . . . . . . . . 41644

Fax Cover Sheet, dated June 6, 2007 . . . . . . . . . . 41645

Pleasure Cove Marina’s Summary of Value Indicator, undated . . . . . . . . . . 41646

Lake Barryessa Pleasure Cove Marina Cost Approach, undated . . . . . . . . . . 41656

Lake Berryessa Marina Resort Letter regarding Permanent Faciilities, undated . . . . . . . . . 41669

Spanish Flat Resort project Location, undated . . . . . . . . . . 41670

Letter regarding Operational Policy #14, Section E, undated . . . . . . . . . . 41672

Email regarding Status Check - Correction from Eric P. Griffin, dated May 17, 2007 . . . . . . . . . . 41674

Fax regarding Jim Kenny Meeting Request w/Secretary Kempthorne - Re: Berryessa, dated May 8, 2007 . . . . . . . . . . 41678

Letter regarding reviewing the Concession Agreement, dated May 3, 2007 . . . . . . . . . . 41681

Intentionally Left Blank . . . . . . . . . . 41684

Outstanding Issues at Lake Berryessa, dated April 19, 2007 . . . . . . . . . . 41687

Steele Park Resort's Updated Site Inventory, dated April 18, 2007 . . . . . . . . . . 41689

Fax regarding Bureau of Reclamation Decision Re: Lake Berryessa, dated April 5, 2007 . . . . . . . . . . 41693

Email regarding Berryessa from Alex W. Glade, dated April 4, 2007 . . . . . . . . . . 41697

Appraisal Tour Putah Creek Resort, Rancho Monticello Resort, Lake Berryessa Marina Resort, Spanish Flat Resort, Steele Park Resort, Markley Cove Resort, Pleasure Cover Resort dated March 26, 2007 . . . . . . . . . . 41699

Fax regarding Rancho Monticello Resort's Inventory, dated March 16, 2007 . . . . . . . . . . 41706

Letter regarding an Appraisal been scheduled to the Bureau of Reclamation, dated March 14, 2007 . . . . . . . . . . 41729

Email regarding Conference Call with John from Pete Lucero, undated . . . . . . . . . . 41735

Letter regarding list of Permanent Facilities at Pleasure Cover Resort, dated March 7, 2007 . . . . . . . . . . 41737

Meeting BOR, ASD & Contract Appraiser, dated March 1, 2007 . . . . . . . . . . 41738

Solicitation Contract Order of Commercial Items, dated January 23, 2007 . . . . . . . . . . 41739

Fax regarding Outstanding Issues at Lake Berryessa, dated December 26, 2006 . . . . . . . . . . 41742

Fax regarding the October 11, 2006 letter, dated December 4, 2006 . . . . . . . . . . 41745

Email regarding Appraisal from Pete Lucero, undated . . . . . . . . . . 41749

Email regarding Greetings from James H. Shawn, dated November 15. 2006 . . . . . . . . . . 41750

Email regarding A Couple More Things from Pete Lucero, dated November 15, 2006 . . . . . 41752

Letter regarding Interagency Agreement 07AA200064 - Appraisal Services, Lake Berryessa Six Marina Sites, dated November 14, 2006 . . . . . 41753

Department of the Interior Bureau of Reclamation Interagency Agreement, dated March 1, 2006 . . . . . 41754

Statement of Work for Lake Berryessa Resorts, undated . . . . . 41759

Letter regarding Interagency Agreement 07AA200063 - Appraisal Services, Lake Berryessa and Pleasure Cove, dated November 14, 2006 . . . . . 41781

Department of the Interior Bureau of Reclamation Interagency Agreement, dated March 1, 2006 . . . . . 41782

Statement of Work for Lake Berryessa Resorts, undated . . . . . 41787

Email regarding 10-28-30 Update on Berryessa appraisals from Charles Johnson, dated October 27, 2006 . . . . . 41806

Email regarding Contracting with GovWorks for appraisals from Charles Johnson, dated October 27, 2006 . . . . . 41807

Email regarding Req # 0720500012 and 13 for Lake Berryessa Appraisals from Charles Johnson, dated October 20, 2006 . . . . . 41808

Email regarding Berryessa and Pleasure Cove SOWs from Charles Johnson, dated October 20, 2006 . . . . . 41809

Government’s Cost Estimate - Lake Berryessa, dated October 19, 2006 . . . . . 41812

Statement of Work for Lake Berryessa Resorts, undated . . . . . 41813

Statement of Work for Lake Berryessa Resorts, undated . . . . . 41835

Email regarding Summary of Berryessa Appraisal timeline from Charles Johnson, dated October 20, 2006 . . . . . 41858

Email regarding Chronology from Mike Finnegan, dated October 17, 2006 . . . . . 41860

Email regarding Information from Alex W. Glad, dated October 12, 2006 . . . . . 41861

Letter regarding Information RE: Lake Berryessa Concessionaire Valuation Determination (Present&Future), dated October 11, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . 41870

Email regarding Status of Berryessa Appraisal Process from Charles Johnson, dated October 20, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41873

Email regarding Forwarding of Request for Appraisal and Review lake Berryessa Concession Areas (Resorts (7)), dated September 15, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . 41876

Email regarding ARRTS Request, from Pete Lucero, dated September 14, 2006 . . . . . . . . 41878

Email regarding Status from Pete Lucero, dated September 14, 2006 . . . . . . . . . . . . . . . . 41881

Email regarding Meeting from Alex W. Glade, dated September 6, 2006 . . . . . . . . . . . . . . 41884

Email regarding One comment from Pete Lucero, dated August 29, 2006 . . . . . . . . . . . . . . 41885

Memorandum regarding Appraisals and Concession Management by the Bureau of Reclamation, dated August 25, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41886

Email regarding Info from Alex W. Glade, dated August 23, 2006 . . . . . . . . . . . . . . . . . . . 41888

Memorandum regarding request for Determination, LND 04-01, dated August 22, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41889

Email regarding Berryessa Appraisal Assignment from Alex W. Glade, dated August 21, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41890

Email regarding Appraisal Request ARRTS from Michael A. Adams, dated August 7, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41892

Email regarding Appraisal Update from Mike Finnegan, dated July 20, 2006 . . . . . . . . . . . 41894

Letter regarding Request for Information, dated July 3, 2006 . . . . . . . . . . . . . . . . . . . . . . . . 41895

Letter regarding Request for Administrative Determination on Appraisal Activities at Lake Berryessa, dated June 30, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41897

Email regarding Berryessa Appraisal from Pete Lucero, dated June 23, 2006 . . . . . . . . . . . 41899

Department of the Interior Bureau of Reclamation Interagency Agreement, dated March 1, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41915

Email regarding forwarding of request for other written consultation Lake Berryessa Resorts (7), dated February 6,2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41920

Lake Berryessa Written Consultation, dated February 3, 2006 . . . . . . . . . . . . . . . . . . . . . . . 41921

General Statement of Approximate Acres and Structures, undated . . . . . . . . . . . . . . . . . . . 41923

Map of Lake Berryessa Resort - U.S. Department of the Interior Bureau of Reclamation, undated . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41924

Pictures of Lake Berryessa, Bureau of Reclamation, Mid-Pacific Region, undated . . . . . . . 41925

Bureau of Reclamation Lake Berryessa Interim Mobile Home Disclosure Forms, dated 2000 - 2003 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41927

Corporate Overview and Philosophy Experienced Team of Professionals leading Edge Financial Theory Comprehensive Research, undated . . . . . . . . . . . . . . . . . . . . . . . . 42544

Reclamation - Managing Water in the West - Record of Decision Future Recreation Use and Operations of Lake Berryessa, dated June 2, 2006 . . . . . . . . . . 42555