**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
BID PROTEST

| | |
|---|---|
| JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT; LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; REL LIMITED, d/b/a SPANISH FLAT RESORT; and STEELE PARK RESORT, INC., | No. 07-636C |
| Plaintiffs, | (Judge Lynn J. Bush) |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S REQUEST FOR LEAVE**
**TO FILE A SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Defendant, the United States, respectfully requests leave to submit a supplemental filing of, and an index to, the Administrative Record previously filed on September 7, 2007. With the consent of plaintiffs, we seek leave to add the existing seven concessionaire contracts at Lake Berryessa to the Administrative Record. Plaintiffs have not been prejudiced because they have already included their concessionaire contracts (i.e., four of the seven contracts) in the appendix that they filed in connection with their motion for a preliminary injunction. See Pl. App. at 85-216. Moreover, these documents are available online at http://www.usbr.gov/mp/berryessa/docs_forms/index.html.

Our request herein is merely to set forth a proper acknowledgment (as discussed by the parties during discussions with the Court) that the existing concessionaire contracts are part of the Administrative Record. We inadvertently failed to include them in our filing on

September 7, 2007. The index to these additional documents is annexed. A compact disk of the concessionaire contracts will be hand delivered to the Court and to counsel for the plaintiffs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel. 202-353-7972
Fax. 202-514-8640
Attorneys for Defendant

OF COUNSEL:

JAMES E. TURNER
Assistant Regional Solicitor
Office of the Solicitor
Pacific Southwest Region
United States Department of the Interior
2800 Cottage Way
Room E-1712
Sacramento, California 95825-1890
Tel. 916-978-5685
Fax. 916-978-5694

September 13, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September 2007, a copy of the foregoing "DEFENDANT'S REQUEST FOR LEAVE TO FILE A SUPPLEMENT TO THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson