IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT; LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; REL LIMITED, d/b/a SPANISH FLAT RESORT; and STEELE PARK RESORT, INC., | No. 07-636C |
| Plaintiffs, | (Judge Lynn J. Bush) |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Concession Agreement/Contract for Lake Berryessa Marina Resort with attachments . . . . . 42584

Concession Agreement/Contract for Markley Cove Resort . . . . . 42611

Concession Agreement/Contract for Pleasure Cove Marina Resort with attachments . . . . . 42676

Concession Agreement/Contract for Putah Creek Resort . . . . . 42953

Concession Agreement/Contract for Rancho Monticello Resort . . . . . 42975

Concession Agreement/Contract for Spanish Flat Resort with attachments . . . . . 42986

Concession Agreement/Contract for Steele Park Resort . . . . . 43002