# In the United States Court of Federal Claims

No. 07-636 C

(September 13, 2007)

* * * * * * * * * * * * * * * * * * * * * *
JOHN C. FRAZIER, III, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

## ORDER

On September 13, 2007, defendant filed a motion to supplement the administrative record (AR) in this case, to which plaintiffs consent. Defendant requests that the seven existing concession contracts at Lake Berryessa, inadvertently omitted from the AR filed on September 7, 2007, be filed as a supplement to the AR in the subject matter. Defendant has filed the index to the proposed supplement as an attachment to its motion.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Request for Leave to File a Supplement to the Administrative Record, filed September 13, 2007, is **GRANTED**;

(2) Defendant shall **FILE** its **CD-ROM of the Supplement to the Administrative Record**, by **5:00 p.m.**, eastern time on **September 14, 2007**; defendant shall **HAND-DELIVER** copies of the **CD-ROM Supplement** to chambers and plaintiffs as soon as possible, but no later than by **5:00 p.m.**, eastern time on **September 14, 2007**; and

(3) The litigation schedule and filing instructions set by the Order of August 30, 2007 remain otherwise unchanged.

s/ Lynn J. Bush
LYNN J. BUSH
Judge