**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
BID PROTEST

| | | |
|---|---|---|
| JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT; LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; REL LIMITED, d/b/a SPANISH FLAT RESORT; and STEELE PARK RESORT, INC., | ) | No. 07-636C |
| Plaintiffs, | ) | (Judge Lynn J. Bush) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S REQUEST FOR LEAVE**
**TO FILE A SECOND SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Defendant, the United States, respectfully requests leave to submit a second supplemental filing of the Administrative Record previously filed on September 7, 2007. The index to these additional documents is annexed. A compact disk of the concessionaire contracts, including the index, will be hand delivered to the Court and to counsel for the plaintiffs. As discussed with this Court, plaintiffs have consented to this filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel. 202-353-7972
Fax. 202-514-8640
Attorneys for Defendant

OF COUNSEL:

JAMES E. TURNER
Assistant Regional Solicitor
Office of the Solicitor
Pacific Southwest Region
United States Department of the Interior
2800 Cottage Way
Room E-1712
Sacramento, California 95825-1890
Tel. 916-978-5685
Fax. 916-978-5694

September 17, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September 2007, a copy of the foregoing "DEFENDANT'S REQUEST FOR LEAVE TO FILE A SECOND SUPPLEMENT TO THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson