| BegDoc | EndDoc | Date | Document Type | To | From | RE |
|---|---|---|---|---|---|---|
| 43039 | 43039 | 20070103 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Fwd: Reimbursement language |
| 43040 | 43040 | 0 | Agreement/Contract | | | Draft Contract Language - Napa Surcharge Strategy |
| 43041 | 43041 | 20070103 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Mike has reviewed... |
| 43042 | 43042 | 20070105 | Email | Martin, Rob | Lucero, Pedro "Pete" -- US BOR | Napa Contract language BW&PL |
| 43043 | 43044 | 0 | Agreement/Contract | | | Draft Contract Language - Napa Surcharge Strategy |
| 43045 | 43046 | 20070109 | Email | Lucero, Pedro "Pete" -- US BOR; Petrinovich, Michael -- US BOR | Wadlington, Bruce | Re: Fwd: Reimbursement language |
| 43047 | 43047 | 20070112 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Prospectus Review and Evaluation Project |
| 43048 | 43049 | 20070116 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR | Wadlington, Bruce | Re: Prospectus Review and Evaluation Project |
| 43050 | 43050 | 20070116 | Email | Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Correction on Part 5 - Prospectus |
| 43051 | 43051 | 20070116 | Email | Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Correction on Part 5 - Prospectus |
| 43052 | 43052 | 20070116 | Email | Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Fwd: Correction on Part 5 - Prospectus |
| 43053 | 43053 | 20070116 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Petrinovich, Michael -- US BOR | Re: Prospectus Review and Evaluation Project |
| 43054 | 43054 | 20070116 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Prospectus Review and Evaluation Project |
| 43055 | 43055 | 20070205 | Email | Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Canyon Ferry and impact at LB! |
| 43056 | 43057 | 20070205 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Petrinovich, Michael -- US BOR | Wadlington, Bruce | Re: Eval Team |
| 43058 | 43059 | 20070206 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Petrinovich, Michael -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Eval Team |
| 43060 | 43060 | 20070206 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Eval Team |
| 43061 | 43064 | 20070206 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Important - Let's talk |
| 43065 | 43066 | 20070206 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Petrinovich, Michael -- US BOR | Re: Important - Let's talk |
| 43067 | 43068 | 20070206 | Email | Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Re: Important - Let's talk |
| 43069 | 43071 | 20070206 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR | Wadlington, Bruce | Re: Important - Let's talk |
| 43072 | 43074 | 20070206 | Email | Bailey, Cathi -- US BOR; Lovejoy, Vernon -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Important - Let's talk |
| 43075 | 43076 | 20070309 | Email | Martin, Rob | Lucero, Pedro "Pete" -- US BOR | Draft County Lake Berryessa Services Surcharge Contract language 3-06-07.clear |
| 43077 | 43077 | 20070323 | Email | Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Need to talk... |
| 43078 | 43078 | 20070323 | Email | Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | never mind |
| 43079 | 43081 | 20070309 | Report | | Napa Berryessa Resort Improvement District | Notice of Proposed Assessment and Assessment Ballot for the Napa Berryessa Resort Improvement District |
| 43082 | 43087 | 0 | Report | | Napa Berryessa Resort Improvement District | Napa Berryessa Resort Improvement District Benefit Assessment District 2007-01 |
| 43088 | 43089 | 20070329 | Email | Bailey, Cathi -- US BOR; Johnson, Rick (Richard); Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR | Wadlington, Bruce | Re: napa county assessment |
| 43090 | 43090 | 20070329 | Email | Bailey, Cathi -- US BOR; Johnson, Rick (Richard); Liljegren, Fredrick; Lovato, Bernadette -- US Bureau of Land Management; Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Trimble, Barclay C. -- US National Park Service | Wadlington, Bruce | Thought on Scoring |
| 43091 | 43092 | 20070405 | Email | Bailey, Cathi -- US BOR; Johnson, Rick (Richard); Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Petrinovich, Michael -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lovejoy, Vernon -- US BOR | Re: napa county assessment |
| 43093 | 43105 | 20070405 | Email | Wadlington, Bruce | Lovejoy, Vernon -- US BOR | Re: Responses to Comments |
| 43106 | 43200 | 0 | Report | | | Introduction to the Lake Berryessa Concession Prospectus |
| 43201 | 43218 | 0 | Chart/Graph | | | [Charts contact information for various concessioners.] |
| 43219 | 43219 | 20070412 | Email | Lucero, Pedro "Pete" -- US BOR; Rogers, Janet -- US BOR | Wadlington, Bruce | Fwd: Re: Section 4.e |
| 43220 | 43220 | 20070411 | Email | Wadlington, Bruce | Trimble, Barclay C. -- US National Park Service | Re: Section 4.e |
| 43221 | 43221 | 20070412 | Email | Lucero, Pedro "Pete" -- US BOR; Wadlington, Bruce | Rogers, Janet -- US BOR | Fwd: Re: Section 4.e |
| 43222 | 43223 | 20070413 | Email | Lucero, Pedro "Pete" -- US BOR; Rogers, Janet -- US BOR | Wadlington, Bruce | Re: Fwd: Re: Section 4.e |
| 43224 | 43224 | 20070418 | Email | Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | LB - Part 5 Excel B4b Pro Forma.xls |
| 43225 | 43226 | 0 | List | | Lucero, Pedro "Pete" -- US BOR | LB Part 5 Excel B4b Pro Forma.xls |
| 43227 | 43227 | 20070420 | Email | Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Fwd: Fw: Draft Prospectus |
| 43228 | 43228 | 0 | Report | | | This heading should be put on the top of the Acquisition and Start-up Cost, pro forma income statement, pro forma balance sheet and pro forma cash flow |
| 43229 | 43229 | 0 | Report | | | LB Concession Prospectus Part 5 Offeror Proposal Package 5 - 1 |
| 43230 | 43231 | 0 | Report | | | Additional Complexity |
| 43232 | 43232 | 20070420 | Email | Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Bruce language 1 |
| 43233 | 43233 | 0 | Report | | Lucero, Pedro "Pete" -- US BOR | Bruce language 1 doc |
| 43234 | 43234 | 20070422 | Email | Lucero, Pedro "Pete" -- US BOR; Wadlington, Bruce | Lovejoy, Vernon -- US BOR | Prospectus |
| 43235 | 43235 | 20070422 | Email | Lovejoy, Vernon -- US BOR | Wadlington, Bruce | Prospectus |

| | | | | | | |
|---|---|---|---|---|---|---|
| 43236 | 43237 | 0 | Report | | | L. Instructions and Discussion Re Public Law 96-375 and Compensation to Outgoing Concessionaires by New Concessionaires for Existing Facilities to be Retained for Future Use During a New Contract(s) |
| 43238 | 43239 | 0 | Report | | | The following is a change to the box in section B.2.d of Part 5 to address the Steele Park Assessment for a water system |
| 43240 | 43241 | 0 | Report | | | Appendix 7.6 Utilities and Infrastructure |
| 43242 | 43242 | 20070423 | Email | Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Another Change to Part 3 Sec. L |
| 43243 | 43243 | 0 | Report | | | Part 3 Sec. L Following Changes in Yellow |
| 43244 | 43244 | 20070502 | Email | Lovejoy, Vernon -- US BOR | Lucero, Pedro "Pete" -- US BOR | Prospectus Disclosure Statement |
| 43245 | 43245 | 20070502 | Email | Lucero, Pedro "Pete" -- US BOR; Wadlington, Bruce | Lovejoy, Vernon -- US BOR | Re: Prospectus Disclosure Statement |
| 43246 | 43246 | 20070502 | Email | Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Re: Prospectus Disclosure Statement |
| 43247 | 43247 | 20070502 | Email | Lovejoy, Vernon -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Prospectus Disclosure Statement |
| 43248 | 43248 | 20070502 | Email | Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Addition to Part 3 and Part 6 (Draft Contract) |
| 43249 | 43261 | 20070325 | Agreement/Contract | | | Part 3 - Instructions to the Offeror for Preparing the Proposal |
| 43262 | 43320 | 0 | Agreement/Contract | | US BOR | Draft Concession Contract |
| 43321 | 43321 | 20070503 | Email | Lucero, Pedro "Pete" -- US BOR | Lovejoy, Vernon -- US BOR | Re: Additions to Part 3 and Part 6 (Draft Contract) |
| 43322 | 43322 | 20070503 | Email | Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Re: Additions to Part 3 and Part 6 (Draft Contract) |
| 43323 | 43323 | 20070503 | Email | Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Additions to Part 3 and Part 6 (Draft Contract) |
| 43324 | 43324 | 20070502 | Email | Lovejoy, Vernon -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Additions to Part 3 and Part 6 (Draft Contract) |
| 43325 | 43325 | 20070504 | Email | Lovejoy, Vernon -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Suggested changes |
| 43326 | 43327 | 0 | Report | | Lucero, Pedro "Pete" -- US BOR | Part 2 Language to address solicitor concerns |
| 43328 | 43328 | 20070504 | Email | Lucero, Pedro "Pete" -- US BOR; Wadlington, Bruce | Lovejoy, Vernon -- US BOR | Re: Suggested changes |
| 43329 | 43329 | 20070504 | Email | Lucero, Pedro "Pete" -- US BOR | Lovejoy, Vernon -- US BOR | Re: Suggested changes |
| 43330 | 43330 | 20070504 | Email | Lovejoy, Vernon -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Re: Suggested changes |
| 43331 | 43331 | 20070516 | Email | Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | Suggested Wording for Part 3 Sec. J.22 |
| 43332 | 43332 | 20070516 | Email | Lucero, Pedro "Pete" -- US BOR; Wadlington, Bruce | Lovejoy, Vernon -- US BOR | Re: Suggested Wording for Part 3 Sec. J.22 |
| 43333 | 43333 | 20070516 | Email | Lovejoy, Vernon -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | Part 3 instructions important info to Bidders |
| 43334 | 43347 | 0 | Report | | Lucero, Pedro "Pete" -- US BOR | Part 3 - Instructions to the Offeror for Preparing the Proposal |
| 43348 | 43348 | 20070516 | Email | Lucero, Pedro "Pete" -- US BOR | Lovejoy, Vernon -- US BOR | Re: Part 3 Instructions Important Info to Bidders |
| 43349 | 43349 | 20070521 | Email | Bailey, Cathi -- US BOR; Kolda, Dan -- US BOR; Lovejoy, Vernon -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | 05 1807 NB write-up for Steele Park - Revised |
| 43350 | 43353 | 0 | Report | | Lucero, Pedro "Pete" -- US BOR | 051807 NB write-up for Steele Park - Revised doc Napa Berryessa Resort Improvement District Assessment District 2007-01 |
| 43354 | 43354 | 20070521 | Email | Lovejoy, Vernon -- US BOR; Wadlington, Bruce | Lucero, Pedro "Pete" -- US BOR | [Asks opinion regarding page 4 - 6 for Napa County issue and the reference to it in Part 5 of transmitted document.] |
| 43355 | 43384 | 0 | Report | | | LB Concession Prospectus - Part 4 - Business Opportunity |
| 43385 | 43433 | 20070601 | Report | | US BOR; US Department of Interior | LB Concession Prospectus - Part 5 - Administrative Documentation and Prospectus Overview |
| 43434 | 43434 | 20070522 | Email | Bailey, Cathi -- US BOR; Kolda, Dan -- US BOR; Lucero, Pedro "Pete" -- US BOR; Rogers, Janet -- US BOR; Wadlington, Bruce | Lovejoy, Vernon -- US BOR | Re: 051807 NB Write-up for Steele Park - Revised |
| 43435 | 43435 | 20070522 | Email | Bailey, Cathi -- US BOR; Kolda, Dan -- US BOR; Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR; Rogers, Janet -- US BOR | Wadlington, Bruce | Re: 051807 NB Write-up for Steele Park - Revised |
| 43436 | 43436 | 20070522 | Email | Lovejoy, Vernon -- US BOR; Lucero, Pedro "Pete" -- US BOR | Wadlington, Bruce | [Indicates that they should make it clear that the wording to be added to the prospectus was provided by Napa County.] |