**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
BID PROTEST

| | |
|---|---|
| JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT; LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; REL LIMITED, d/b/a SPANISH FLAT RESORT; and STEELE PARK RESORT, INC., | No. 07-636C |
| Plaintiffs, | (Judge Lynn J. Bush) |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**DEFENDANT'S REQUEST FOR LEAVE**
**TO FILE A THIRD SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Defendant, the United States, respectfully requests leave to submit a third supplemental filing of the Administrative Record previously filed on September 7, 2007. These documents are all documents for which we previously asserted attorney client privilege. Plaintiffs have argued that the privilege for these documents has previously been waived. In the interest of expediting the resolution of this bid protest, without resolving whether the documents are properly protected, the Government has elected to waive the privilege to these documents, as well as any other attorney client documents located in the administrative record.

The index to these additional documents is annexed. A compact disk of these documents will be hand delivered to the Court and to counsel for the plaintiffs. Plaintiffs have consented to this filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director

/s/ John H. Roberson
JOHN H. ROBERSON
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W.
Attn: Classification Unit - 8th Floor
Washington, D.C. 20530
Tel. 202-353-7972
Fax. 202-514-8640
Attorneys for Defendant

OF COUNSEL:

JAMES E. TURNER
Assistant Regional Solicitor
Office of the Solicitor
Pacific Southwest Region
United States Department of the Interior
2800 Cottage Way
Room E-1712
Sacramento, California 95825-1890
Tel. 916-978-5685
Fax. 916-978-5694

September 25, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September 2007, a copy of the foregoing "DEFENDANT'S REQUEST FOR LEAVE TO FILE A THIRD SUPPLEMENT TO THE ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John H. Roberson
John H. Roberson