**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
BID PROTEST

| | |
|---|---|
| JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT; LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; REL LIMITED, d/b/a SPANISH FLAT RESORT; and STEELE PARK RESORT, INC., | No. 07-636C |
| Plaintiffs, | (Judge Lynn J. Bush) |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

**INDEX TO THE THIRD SUPPLEMENT TO THE ADMINISTRATIVE RECORD**

Letter - regarding Appraisal of Concessions, Lake Berryessa, Napa County, California, dated March 21, 2007 . . . . . 41269

Fax from Eric Griffin to Bruce S. Goedecke - Berryessa Concessions, dated May 3, 2007 . . . . . 41274

Fax from Jim Turner to Eric Griffin, Pete Lucero and John Murdock, dated May 2, 2007 . . . . . 41275

Legal Correspondence dated July 23, 2007 . . . . . 41466

Document Addressing Various Materials at Issue in Frazier v. U.S. dated August 23, 2007 . . . . . 41475

Appraisal of Concessions at Lake Berryessa, Napa County, California dated May 2, 2007 . . . . . 41476

Letter regarding “Fair Value” and “Market Value” undated . . . . . 41484

Draft Lake Berryessa Concession Prospectus
dated May 2, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41488

Request for Opinion Regarding Removal of Concessioners' and Permittees'
Property Not Removed from Lake Berryessa Concession Areas When Existing
Concession Agreements Expire dated April 26, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41492

Advance notice of upcoming Lake Berryessa Concession Prospectus
dated April 12, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41500

Applicability of Section 5(a) of Pub. L. No. 96-375 to Original Concession
Agreements dated January 11, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41506

Attorney's Questions re Removal of Mobile Homes from Lake Berryessa Concession
Areas dated November 8, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41510

Letter from Pete Lucero to Jim Turner re: Your letter
dated October 11, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41513

Further Clarification dated October 6, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41517

Contractor Closeout Responsibilities at Lake Berryessa
dated September 19, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41521

Letter regarding Fair Value vs. Market Value
dated September 5, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41523

Fax from Jim Turner to Alex Glade dated
August 31, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41530

Final Draft ROD for Future Recreation Use and Operations of Lake Berryessa
dated April 19, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41540

Draft Letter to Mr. Bob White dated April 6, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41541

Response to your Questions on the Draft ROD for Lake Berryessa
dated March 15, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41545

Memo from Central California Area Office (CCAO) Area Manager re
Lake Berryessa dated February 3, 2006 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41549

E-mail from Kaylee Allen to Jim Turner re: Short-term Berryessa
dated June 21, 2005 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41576

Lake Berryessa Recreation Concessions: Admission Fees
dated July 2, 2001 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41587