# In the United States Court of Federal Claims

No. 07-636 C

(September 27, 2007)

* * * * * * * * * * * * * * * * * * * * * *
JOHN C. FRAZIER, III, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Currently pending before the court are defendant's Motions for Leave to File a Supplement to the Administrative Record with the consent of plaintiffs, filed September 17 and 25, 2007. Additionally, before the court is the parties' oral request to revise the court's August 30, 2007 scheduling order in the subject matter.

On August 30, 2007, the court issued an order setting forth the schedule for proceedings in this pre-award bid protest. On September 14, 2007, at the request of the parties, a conference call was held at 2:00 p.m. wherein defendant notified the court that it had inadvertently neglected to turn over approximately 500 pages of the administrative record (AR). Counsel for the government advised the court that he would be requesting leave of the court to file these documents.[1] Plaintiffs' counsel, Gregory Jaeger, Esq., agreed to the supplement of the AR. However, Mr. Jaeger stated he had on-going concerns about the AR and requested time to review these 500 pages to determine if they would address those concerns. Additionally, the parties stated that the filing of the supplemental documents required that the

[1]/ Unless otherwise stated, participating with the undersigned in all teleconference mentioned herein were: Gregory Jaeger, attorney for plaintiffs; John Roberson, attorney for defendant; and John Bean, law clerk or Hilary LoCicero, law clerk.

parties request a revision of the court's scheduling order of August 30, 2007. Specifically, the revisions to the parties' proposed schedule provided that the filing of plaintiffs' response, originally set for September 26, 2007, would be changed to October 9, 2007; and defendant's reply, originally set for October 11, 2007, would be filed by October 17, 2007. The court directed defendant to allow plaintiffs' counsel time to review the supplemental documents, after which the parties were directed to confer and attempt to resolve any remaining concerns. The court stated that the parties should notify the court, via a telephone call, as to their positions on resolving plaintiffs' concerns and set a date for a conference call concerning the parties' proposed revised schedule.

On September 17, 2007, defendant filed a Motion for Leave to File a Supplement to the Administrative Record, with the consent of plaintiffs, and in accordance with the September 14, 2007 conference call. The court herein grants defendant's motion.

On September 20, 2007, the parties notified the court that additional documents might be at issue; however, the proposed briefing schedule would remain unchanged. The court encouraged the parties to resolve the discovery issues and set a conference call on the matter for September 25, 2007 at 2:00 p.m.

On September 25, 2007, defendant filed its third Motion for Leave to Supplement the Administrative Record with plaintiffs' consent. Accordingly, when the court held its scheduled telephonic conference call[2] the parties represented that all previous discovery disputes were resolved with the filing of defendant's third request for leave to supplement the AR and that the proposed revisions to the scheduling order remained unchanged.[3]

Accordingly, it is hereby **ORDERED** that:

(1) Defendant's Request for Leave to File a Second Supplement to the

---

[2]/ At the request of Mr. Jaeger, Mr. Bob White, plaintiff, was included in this conference call.

[3]/ Plaintiffs requested, during the September 25, 2007 conference, that defendant contact agency counsel once more, in order to re-confirm that the administrative record in this matter is now complete, particularly with respect to any documents which had been withheld pursuant to the attorney-client privilege. Defendant agreed to plaintiffs' request, and agreed to communicate the result of this inquiry to plaintiffs.

Administrative Record, filed September 17, 2007, is **GRANTED** and the supplement submitted by CD-ROM on September 17, 2007, is filed by leave of the court, as of September 17, 2007;

(2) Defendant's Request for Leave to File a Third Supplement to the Administrative Record, filed September 25, 2007, is **GRANTED** and the supplement submitted by CD-ROM on September 25, 2007, is filed by leave of the court, as of September 25, 2007;

(3) Plaintiffs shall **FILE** their **Response to Defendant's Cross-Motion for Judgment on the Administrative Record, and their Reply to Defendant's Response to Plaintiffs' Motions for a Preliminary Injunction and for Judgment on the Administrative Record**, by **5:00 p.m.**, eastern time on **October 9, 2007**;

(4) Defendant shall **FILE** its **Reply to Plaintiffs' Response to Defendant's Cross-Motion for Judgment on the Administrative Record** by **5:00 p.m.**, eastern time on **October 17, 2007**;

(5) **Oral Argument** shall be **HELD** on Friday, **October 19, 2007** at **11:00 a.m.**, eastern time, at the United States Court of Federal Claims, 717 Madison Place, N.W., Washington, D.C. The location of the courtroom will be posted on the directory in the lobby;

(6) Citations to the Administrative Record in the parties' briefs shall be accompanied by the relevant record pages attached in sequence, according to their pagination, as exhibits to the briefs; and

(7) In the event that the agency should decide to receive bids prior to the agreed upon November 16, 2007 date, defendant shall **NOTIFY** the court **FIVE business days** in advance of any new date set.

s/ Lynn J. Bush
LYNN J. BUSH
Judge