# Exhibit B

## Bureau of Reclamation
## Lake Berryessa
## Project Request and Approval Forms

Sayncee L. Caruso

Lake Berryessa Field Office
AUG 2007

# BUREAU OF RECLAMATION – LAKE BERRYESSA
## PROJECT REQUEST AND APPROVAL FORM

This application form is to be used by concessionaires, permittees, and other applicants for any project that causes surface or shoreline disturbance to soils and vegetation, hardens a site, changes use and appearance, or requires construction or modification activities on Federal lands and waters.

**A. PROJECT PROPOSAL** (To be completed by concessionaire, permittee):

Resort or Project Location Rancho Monticello Resort SITE M 60
Type of Project: Trailer / Personal Property, Removal Proposed by: (Circle one) Concessioner, Permittee, Other
Project Dimensions: 80X40 Sq. Ft. Deluxe 1971 800 sq. ft
Attachments: Conceptual Drawing: N/A; Site Map: N/A Lot Line Map: N/A; Photographs: N/A

Is this proposal only for maintenance or repair of the mobile home? [ ] Yes [x] No
Is a lot line map with setbacks attached? [ ] Yes [x] No
Is the project area flagged or staked? [ ] Yes [x] No
Is this proposed project in an area that has been previously disturbed? [x] Yes [ ] No

Please describe **in detail** the work to be completed and why it is necessary: (Provide a brief description of the project: type, dimensions of area to be disturbed, equipment to be used, materials, etc. Provide justification for proposed work. Please provide maps, photos and conceptual drawing.)

* **Permittee will attach a scope of work regarding "specific" removal and disposal of mobile and personal property.**

See attached;
submitted 7/27/07
concessioner
Paul White

**Project Requestor:** I understand that the privilege of using this site/area (where I am proposing this project) will end on the date of expiration or termination of the agreement between the Resort and the United States (or sooner should the Resort decide to restructure facilities and services) and, at that time, I must remove all personal property and improvements from Federal land at my expense. If not removed as stipulated by Reclamation, I realize the property will become abandoned property and will be handled in accordance with those applicable federal regulations and standards. I agree to disclose these facts to any prospective buyers. WILLIAMS Caruso

William Caruso 7/27/07

Permittee Jaynee L. Caruso 7/27/07
Wayneé L Caruso [signature]
Print Name Signature Date

**Concessioner:** I, the resort owner/manager, acknowledge responsibility for all projects and improvements within my concession area and, upon expiration of the concession agreement with the United States, I must ensure removal of all personal property and improvements placed on Federal land unless otherwise agreed upon. If not removed as stipulated by Reclamation, I realize the property will become abandoned property and will be handled in accordance with those applicable federal regulations and standards. By signing this approval form, the Concessioner does not waive any rights that may be granted in Section 5(a) and (b) of Public Law 96-375, dated October 3, 1980.

Concessioner Approval: [signature] asst gen mgr 7-30-07
Signature of Resort Owner or Manager Title Date

| |
|---|
| Classification |
| Project |
| Control No. |
| Folder I.D. |

# Project Proposal

Resort location: Rancho Monticello Resort Site H-60
Unit: 1971 Belaire Doublewide 20 x 40'

Type of Project ~ Trailer/Personal Property Removal

Ron Odbert Construction
General Contractor
License # 556173
P.O. Box 100
Nice, Ca 95464
(707) 274-8089

Ron Odbert Contractor agrees to prepare and transport mobile trailer without harm to the surrounding vegetation: Trailer, deck & awning, plywood decking skirt, pier blocks cinder blocks trailer & deck supports footing foundation landscape boarders, secondary water, electrical & propane tank & lines, will be removed from federal land and re-assembled on private property. No heavy equipment will be used that would impact vegetation. Small hand tools will be utilizes in the removal process. The retaining walls will stay to prevent erosion

Tenants agree to remove all personal property from site with no harm to environment

| | | Date |
|---|---|---|
| Tenants: William S Caruso | Joyce L Caruso | 7/27/07 |
| Contractor: Ron Odbert | | 7/27/07 |
| Concessioner Received | Paul. White | 7/27/07 |

# BUREAU OF RECLAMATION - LAKE BERRYESSA
## PROJECT DECISION PAGE

COPY

**D. RESOURCE MANAGER PROJECT APPROVAL**

✓ This project is approved based on the information presented in this proposal.

____ This project is disapproved.

[signature]
Park Manager

8/21/07
Date

**E. APPROVAL CONDITIONS & STIPULATIONS:**

1. There will be no removal of retaining walls, trailer pads, patios, walkways or driveways.

2. Measures will be taken to protect and repair trees and vegetation during removal process:

   - Removal of trailers, decks and awnings surrounding or adjacent to trees must be accomplished with hand tools, with care taken not to damage trees.
   - Remove nails, hooks, wires, cables or other items attached to trees.
   - Protect bark of tree when removing nails by placing protective barrier, such as sturdy foam, between bark and removal tool, for example, hammer or crowbar.

3. All utility connections will be secured, capped, or otherwise protected from accidental electrical shock or release.

4. Construction activities will include the use of Best Management Practices for Erosion and Sediment Control Adjacent to Water, to avoid impact to waters of Lake Berryessa.

5. Earth outside of this site shall not be disturbed. No vegetation will be removed.

6. Sites will be left completely clear of all remaining debris, including propane tank and air conditioners.

7. All hazardous waste must be removed from the Federal estate and disposed of properly according to State and Federal regulations.

8. Removal of pier blocks that cause no more than minimal ground disturbance will be allowed. Do not remove any non-native vegetation rooted in the ground if the removal would incur more than minimal ground disturbance. Do not remove subsurface water lines or anything else below the ground which would cause more than minimal ground disturbance.

RECEIVED
BY LD DATE 8/27/07