# Exhibit C

Correspondence Between
S. Buckley (Steele Park) and
M. Finnegan (Bureau of Reclamation)

STEELE PARK RESORT, INC. · 2277 JERROLD AVE · SAN FRANCISCO, CALIFORNIA 94124
TELEPHONE: (415) 285-1133 · FAX: (415) 285-3592

July 19, 2007

Michael R. Finnegan
C/o United States Department of the Interior
Bureau of Reclamation
7794 Folsom Dam Road
Folsom, CA 95630-1799

Re: Request for Arbitration

Dear Mr. Finnegan:

This letter is official notification to the Bureau of Reclamation that Steele Park Resort, Inc. does not agree with the contents of the draft received June 5, 2007 titled Fair Value Estimates since a number of items were omitted in that appraisal.

Please request an explanation from your appraiser as to why the cost approach was the only method of analysis used, with no consideration of the income approach?

Please refer to the Concession agreement between Bureau of Reclamation and Steele Park Resort, Inc. dated March 22, 1989, section B.1.b. Since there is a disagreement on the fair market value placed on the permanent facilities required not be removed, Steele Park Resort, Inc. is REQUESTING ARBITRATION.

Please forward all communication to:

Steele Park Resort
Sean C. Buckley
2277 Jerrold Avenue
San Francisco, CA 94124

Sincerely,

Sean C. Buckley
President

United States Department of the Interior

BUREAU OF RECLAMATION
Central California Area Office
7794 Folsom Dam Road
Folsom, California 95630-1799

IN REPLY REFER TO:

CC-410
LND-8.00

JUL 25 2007

Mr. Sean C. Buckley
Steele Park Resort, Inc.
2277 Jerrold Avenue
San Francisco, CA 94124

Subject: Request for Arbitration

Dear Mr. Buckley:

This is in response to your letter dated June 12, 2007, concerning the appraised value of permanent facilities you own and operate at Steele Park Resort, Lake Berryessa, Solano Project. In your letter you expressed your disagreement with the preliminary appraisal developed by the U. S. Department of the Interior (DOI), National Business Center, Appraisal Services Division (ASD). Consequently, you requested arbitration on that matter pursuant to the following provision of the concession contract between Steele Park Resort and the U.S. Bureau of Reclamation:

> Section B.1B. *"B. If the Government, or the new Concessionaire and the Concessionaire, cannot agree upon the fair market value of permanent improvements which the Government directed the concessionaire not to remove, either party may serve a request for arbitration upon the other party..."*

The DOI Office of Solicitor advises that since ASD has not yet issued a final appraisal, and because Reclamation has not directed Steele Park Resort to either remove or not remove any permanent facility, your request for arbitration is premature. Based upon that advice, Reclamation believes it is neither required nor advisable to proceed to arbitration unless or until those two conditions occur.

Please call if you have any questions. Point of contact is Mr. Pete Lucero at 707-966-2111.

Sincerely,

Michael R. Finnegan
Area Manager