# In the United States Court of Federal Claims

No. 07-636 C

(October 10, 2007)

* * * * * * * * * * * * * * * * * * * * * *
JOHN C. FRAZIER, III, *et al.*, *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * *

**ORDER**

On October 9, 2007, plaintiffs filed a Motion to Supplement Administrative Record. Therein, plaintiffs stated that counsel for plaintiffs had been unable to contact government counsel to inquire as to whether defendant objected to plaintiffs' motion or not. On this date, the court placed a telephone call to government counsel to ask whether the government consented to plaintiffs' motion to supplement the administrative record. In response to the court's inquiry, defendant's counsel indicated that the government opposes plaintiffs' motion. In the face of defendant's opposition, the court deems it necessary to instruct government counsel to put defendant's objections in writing so that the court may consider such objections in ruling on plaintiffs' request.

The court's electronic filing system automatically generated an October 26, 2007 deadline for defendant's opposition to plaintiffs' motion, a deadline which does not comport with the expedited briefing schedule in this bid protest. In this order, the court sets an outside deadline for defendant's opposition as the same date on which defendant must file its reply brief, *i.e.*, October 17, 2007. Defendant may, of course, submit its opposition on an earlier date if counsel so desires.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant shall **FILE** its **Opposition to Plaintiffs' Motion to Supplement Administrative Record** no later than **5:00 p.m.**, eastern time, on or before **October 17, 2007**; and

(2) In the event that the court's electronic docketing system generates a reply deadline, plaintiffs' counsel is instructed to ignore that deadline, for no reply shall be filed.

s/ Lynn J. Bush
LYNN J. BUSH
Judge