# In the United States Court of Federal Claims

**No. 07-636 C**

**JOHN C. FRAZIER, III, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion, filed November 7, 2007, denying plaintiffs' Application for a Temporary Restraining Order and Motion for a Preliminary Injunction, denying plaintiffs' Motion for Judgment on the Administrative Record, incorporated in plaintiffs' Application for a Temporary Restraining Order and Motion for Preliminary Injunction, and granting defendant's Cross Motion for Judgment upon the Administrative Record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and the complaint is dismissed, with prejudice. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**November 14, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.