#067373

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

FILED NOV 15 2007 U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| FRAZIER, et al,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | No. 07-636C<br>(Judge Lynn J. Bush) |

## NOTICE OF APPEAL

Notice is given that Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered on November 14, 2007. Pursuant to Rule 3(c)(1)(A) of the Federal Rules of Appellate Procedure, the names of the Plaintiffs taking the appeal are:

JOHN C. FRAZIER III and LINDA FRAZIER, d/b/a MARKLEY COVE RESORT;

LAGUNA HERMOSA CORPORATION, d/b/a RANCHO MONTICELLO RESORT; and

REL LIMITED, d/b/a SPANISH FLAT RESORT.

Respectfully submitted,

Gregory T. Jaeger
MARZULLA LAW
1350 Connecticut Ave, NW
Suite 410
Washington, D.C. 20036
Telephone: (202) 822-6760
Facsimile: (202) 822-6774

Dated: November 15, 2007

Attorney for Plaintiffs